Jerry L. Steering, SBN 122509
Law Office of Jerry L. Steering
4063 Birch Street, # 100
Newport Beach, California 92660
Tel.: (949) 474-1849 * Fax: (949) 474-1883
e-mail: jerrysteering@yahoo.com

Alexander J. Perez, SBN 163688
Law Offices of Alexander J. Perez
58 West Portal Avenue, #286
San Francisco, California 94127
Tel.: (415) 682-2540 * Fax: (415) 664-7111 Fax
e-mail: perezlawoffice@att.net

Attorney for Plaintiffs Samnang Kim, Phon An, Sarin Kim, Radeth Kim, Helen Kim, Richard Kim, Dalin Heng, Chantha Heng individually, and as Guardian ad Litem of T.H.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMNANG KIM, individually, and as successor in interest to Tiev Pin, PHON AN, individually, and as successor in interest to Tiev Pin, SARIN KIM, RADETH KIM, individually, and as successor in interest to Tiev Pin, HELEN KIM, RICHARD KIM, DALIN HENG, CHANTHA HENG, individually, and as Guardian ad Litem of T.H., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ANAHEIM, LESLIE VARGAS, JARED DEWALD, KEVIN VOORHIS and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. SACV10-01806 DOC(JCGx) <br><br> [~~PROPOSED~~] JUDGMENT <br><br> JUDGE DAVID O. CARTER |

ORDER FOR ENTRY OF JUDGMENT
1

**JUDGMENT** is hereby entered in favor of plaintiffs SAMNANG KIM, individually, and as successor in interest to Tiev Pin, PHON AN, individually, and as successor in interest to Tiev Pin, SARIN KIM, RADETH KIM, individually, and as successor in interest to Tiev Pin, HELEN KIM, RICHARD KIM, DALIN HENG, CHANTHA HENG, individually, and as Guardian ad Litem of T.H., jointly and severally against defendants City Of Anaheim, Leslie Vargas, Jared Dewald and Kevin Voorhis in the amount of $30,000.00, inclusive of attorney's fees and other costs.

Dated: September 28, 2011    /s/ David O. Carter
DAVID O. CARTER, UNITED STATES DISTRICT JUDGE